**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHARLES WILLIAMS,

Plaintiff,

v.

1500 SOUTH CENTRAL LLC; S.O.S. ASSOCIATES, INC.,

Defendants.

No. CV 14-2728 PA (Ex)

JUDGMENT AND PERMANENT INJUNCTION

In accordance with the Court's November 25, 2014 order granting the Motion for Default Judgment filed by plaintiff Charles Williams ("Plaintiff"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. Defendants 1500 South Central LLC and S.O.S. Associates, Inc. (collectively "Defendants") shall pay to Plaintiff the total amount of $5,040.00 (itemized as statutory damages of $4,000.00, attorneys' fees of $600.00, and costs of $440.00);

2. Plaintiff is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a); and

3. Defendants are ordered to provide accessible parking and paths of travel located inside the retail store operated by S.O.S. Associates, Inc. at 1500 South Central

. . . .

Avenue, Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

DATED: November 25, 2014

Percy Anderson
United States District Judge